Albert C. Clark, Respondent, v. Onondaga Manufacturing and Promoting Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Mary Brackin, as Administratrix, etc., of Michael Brackin, Deceased, Respondent, v. Clifford L. Miller and John P. Curry, Appellants.— Judgment and order affirmed, with costs. All concurred.

John Wright, Respondent, v. Kenyon Paper Company and Others, Appellants, Impleaded with Others.— Judgment and order affirmed, with costs. All concurred.

Jefferson County National Bank, Respondent, v. Adelaide W. Dewey, as Executrix, etc., of Addice E. Dewey, Deceased, and Albert E. Nettleton, Appellants, Impleaded with Grosvenor S. Farmer and Others.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented.

Joseph E. Maddox and Joseph J. Maddox, Respondents, v. George H. Harris and William C. Dunham, Appellants.— Judgment and order affirmed, with costs. All concurred; Kruse, J., not sitting.

Albert J. Wheeler, as Receiver of the German Bank, Respondent, v. John A. Kessel, Appellant.— Judgment affirmed, with costs. All concurred.

Harmar St. C. Denny, Respondent, v. Thomas A. Ennis and Charles F. Stoppani, Appellants.— Judgment affirmed, with costs. All concurred, except Williams, J., who dissented.